IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**ANTHONY GLEN CLARKE,**

    **Plaintiff,**

 **vs.**

                                                    **No.  1:20-1049-STA-jay**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME**

---

Without objection, the Report and Recommendation of Magistrate Judge Jon A. York (ECF No. 6) is hereby **ADOPTED** in its entirely.  For good cause shown, the motion for extension of time to amend the complaint (ECF No. 7) is **GRANTED**.  Plaintiff will have until October 31, 2020, in which to amend his complaint.

    **IT IS SO ORDERED.**

                                            s/ S. Thomas Anderson
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date: September 17, 2020